IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:23-CR-00026-KDB-SCR

USA,

    Plaintiff,

v.

JENNIFER ELAINE ROARKE,

    Defendant.

**ORDER**

**THIS MATTER** is before the Court on the Government's Unopposed Motion for Restitution (Doc. No. 41). On August 2, 2024, Defendant was sentenced to thirty months imprisonment, two years of supervised release, and a $100 special assessment after pleading guilty to one count of wire fraud in violation of 18 U.S.C. § 1343. (Doc. No. 38). Restitution was deferred for 90 days (Doc. No. 38). The Court has carefully considered this motion and will **GRANT** the motion for restitution as ordered below.

**NOW THEREFORE IT IS ORDERED THAT** pursuant to the Mandatory Victims Restitution Act ("MVRA") 18 U.S.C. § 3664, restitution in the amount of $2,142,384.44 is hereby granted to the following victims in the following amounts:

| No. | Trust | Loss | Reimbursement | Restitution |
|---|---|---|---|---|
| 1 | Colin F. Brady | $326,283.17 | $40,000 | $286,283.17 |
| 2 | Harvey Wilfong | $1,188,000.00 | $0.00 | $1,188,000.00 |
| 3 | Katheryn Jeans Frans | $273,174.91 | $0.00 | $273,174.91 |
| 4 | Richard Orlowsky | $6,646.40 | $5,000.00 | $1,646.40 |
| 5 | Suzanne Milholland | $314,827.91 | $0.00 | $314,827.91 |
| 6 | Vernon Tarlton | $6,038.43 | $6,038.43 | $0.00 |
| 7 | Whitener Family Trust FBO Michael J. Whitener | $4,879.01 | $0.00 | $4,879.01 |

1

| 8 | Whitener Family Trust FBO Susan W. Denning | $4,322.70 | $0.00 | $4,322.70 |
| 9 | Young, Morphis, Bach, & Taylor LLP | $18,211.91 | $0.00 | $18,211.91 |
| 10 | Wayne Bach | $0.00 | ($51,038.43) | $51,038.43 |
| | **Total** | | | **$2,142,384.44** |

**SO ORDERED ADJUDGED AND DECREED**.

Signed: October 25, 2024

Kenneth D. Bell
United States District Judge